IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MELISSA MAYLE,

        Plaintiff,

        v.                                           Civil Action No. 3:07-CV-105

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

On August 13, 2007, Melissa Mayle, ["Claimant"], filed a complaint for review of Defendant's denial of her application for Social Security benefits pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1381(c)(3) and an Application for Leave to Proceed in forma pauperis. Claimant's application reveals that she is not employed. Within the past twelve months, Claimant has received $623 in Social Security Income benefits. Claimant does not have a checking or savings account and does not own any real estate, stocks, bonds, notes, automobiles, ATVs, guns, livestock, or other valuable property. Claimant has four children - Justin Mayle, Jacob Hardy, Shanica Hardy and Brian Hardy - who depend on Claimant for support.

Accordingly, it is ORDERED that Claimant's August 13, 2007 Application to Proceed in forma pauperis is GRANTED. The Clerk of the Court is directed to notify the United States Marshal Service who shall serve process pursuant to Federal Rule of Civil Procedure 4(c)(2). Any recovery in this action will be subject to payment of fees and costs, including service of process fees and the $350.00 filing fee.

DATED: August 20, 2007

/s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE